IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROSILES-PEREZ, et al. | ) |
| | ) NO. 1:06-0006 |
| Plaintiffs, | ) JUDGE HAYNES |
| | ) |
| v. | ) |
| | ) |
| SUPERIOR FORESTRY SERVICE, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's renewed motion for class certification and to appoint counsel (Docket Entry No. 221) is **GRANTED**. Counsel of record for the Plaintiffs are **APPOINTED** to represent the class. The Plaintiff class is defined as follows:

> All non-supervisory workers admitted as H-2B temporary foreign workers pursuant to 8 U.S.C. § 1101(a)(15)(H)(ii)(b) and who were employed by Defendants at any time from January 2000 to present [January 2006].

Plaintiffs are **DIRECTED** to provide "the best notice practicable" for class members, pursuant to Fed. R. Civ. P. 23(c)(2). The parties may later file motions for any necessary subclasses.

The applicable statute of limitations governing this action is six (6) years. The Defendants' motion for a protective order limiting discovery (Docket Entry No. 111) is **DENIED**. Plaintiffs' unopposed motion for scheduling order on their renewed motion for class certification (Docket Entry No. 211) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTERED the 28th day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge