UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROSILES-PEREZ, et al. | ) | |
| | ) | |
| Plaintiffs | ) | Case No. 1:06-CV-0006 |
| | ) | |
| v. | ) | Judge William J. Haynes |
| | ) | Magistrate Judge Juliet Griffin |
| SUPERIOR FORESTRY SERVICE INC., et al. | ) | |
| | ) | |
| Defendants. | ) | JURY DEMAND |

**PLAINTIFFS' SECOND MOTION TO REOPEN
CONTEMPT PROCEEDINGS AND FOR OTHER RELIEF**

Defendants' agents have ***again*** violated this Court's Protective Order (Doc. 91), and have thumbed their noses at the second contempt order entered on September 5, 2008 (Doc. 350). This time, the Defendants' recruiter (who is also a crew leader) interfered with a meeting between class counsel and members of the class. Additionally, there are troubling indications that his presence may have been condoned by members of SFSI's management team. (The agent was caught on the phone at the time and place of a meeting between class counsel and class members saying, "Don't worry, they haven't even seen me.")

The behavior is described in full in the Declaration of Plaintiffs' counsel, Tim Freilich, who was traveling in Mexico at the time. The recruiter's presence at the meeting severely undermined the Court's contempt order, by interfering with class members' ability to meet with counsel free from intimidation or coercion, and also violated provisions of the Protective Order that prohibit the *intimidation or coercion* of Plaintiffs and (potential or actual) class members.

1

Therefore, Plaintiffs respectfully move the Court to reopen the contempt proceedings that culminated in the September 5, 2008 Order finding Defendants in contempt of Court for additional violations of the Court's May 23, 2006 Protective Order, and to order further relief that includes, but is not limited to the following:

(1) Require the immediate production of the cellular telephone records of Manuel Morales and any of the Defendants' Spanish-speaking managers, including but not limited to Enrique Gonzalez and Hector Santillan, as well as the records of all phone lines for the SFSI offices in Tilly and Russellville, Arkansas for the month of November, 2008;

(2) Set a hearing to determine with whom Manuel Morales was speaking on his cell phone when overheard by Mr. Freilich, order Mr. Morales to appear, and order the Defendants to Show Cause why the Court should not find them in contempt of the Protective Order and Second Contempt Order;

(3) After considering the evidence at the hearing, and a finding (if any) that Defendants violated the Protective Order and/or Second Contempt Order, enter a partial default judgment for the approximately 150 Plaintiffs who have already filed their consent to sue forms pursuant to the procedure of §16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), on Plaintiffs' claims arising from Defendants' failure to reimburse their pre-employment expenses; strike the affirmative defenses on those claims as to those Plaintiffs; and enter a judgment holding Defendants liable for actual and liquidated damages on those claims, as to those parties; and

(4) Order Defendants to pay Plaintiffs' reasonable attorney's fees and costs associated with this Motion, by a date certain; and order Defendants' to pay, by a date certain, the fees and costs that the Court ordered them to pay in the contempt citation, but that have gone unpaid for

three months.

All of the aforementioned orders and relief should be entered to compensate Plaintiffs and to deter additional violations of the Court's Contempt and Protective Orders in the future.

                                       Respectfully submitted,

                                       s/ Marni Willenson_____
Marni Willenson
*Pro Hac Vice*
Farmworker Justice
4064 N. Lincoln Ave. #359
Chicago, IL 60618
Telephone: 312 546-4137
Fax: 312 261-9977

Mary C. Bauer
James M. Knoepp
*Pro Hac Vice*
Immigrant Justice Project
Southern Poverty Law Center
233 Peachtree Street, Ste. 2150
Atlanta, GA 30303
Telephone: 404 521-6700
Fax: 404 221-5857

Andrew Turner
*Pro Hac Vice*
Immigrant Justice Project
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
Telephone: 334 956-8200
Fax: 334 956-8481

Tim A. Freilich
*Pro Hac Vice*
Legal Aid Justice Center
1000 Preston Ave., Ste. A
Charlottesville, VA 22903
Telephone: 434 977-0553

3

Fax: 434 977-0558

Joshua Karsh
*Pro Hac Vice*
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602
Telephone: 312 580-0100
Fax: 312 580-1994

Richard L. Tennent
Tenn. Bar No. 16931
Bank of America Plaza
414 Union Street, Suite 904
Nashville, TN 37219
Telephone: 615 244-1110
Fax: 615 244-1114

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Frederick J. Bissinger
Wimberly, Lawson, Seale, Wright & Daves, PLLC
200 Fourth Ave., N, Suite 900
Nashville, TN 37219

J. Larry Stine
J. Roy Weathersby
Danette Joslyn-Gaul
Paul Oliver
Elizabeth K. Dorminey
Michael J. Sloan
Wimberly, Lawson, Steckel, Nelson & Schneider, P.C.
Lenox Towers
3400 Peachtree Rd., N.E., Ste. 400
Atlanta, GA 30326

this 9th day of December, 2008.

In addition, a courtesy copy of this filing has been sent via fax and regular mail this same day to:

Janet Pulliam
Marie-Bernarde Miller
Kelly M. DeGostin
Andrew King
Williams & Anderson, PLC
Stephens Building
22nd Floor
101 Center Street
Little Rock, AR 72201
Fax: 501-372-6453

/s Marni Willenson
Marni Willenson

5