UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ROSLIES-PEREZ, et al., )
)
    Plaintiffs, ) NO. 1:06-00006
) JUDGE HAYNES
v. )
)
SUPERIOR FORESTRY SERVICE, INC., )
et al., )
)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiffs' third motion for contempt (Docket Entry No. 387) and for Defendants' additional violations of the Court's May 23rd protective order and their interference with the remedies imposed in the Court's prior contempt orders (Docket Entry Nos. 349 and 350) is **GRANTED**.

It is so **ORDERED**.

**ENTERED** this the 28th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge